# Exhibit 2

| Radisson Hotels – Web Server Operations for web-based Hotel Booking<br>Infringement of the '177 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 5. A method comprising: | The Radisson Hotels web server performs a method of web-based hotel booking.<br><br>For example, Radisson Hotels offers a web-based hotel booking service. Using the service, a user can book a hotel room in any one of the nine brands of Radisson Hotel Group of hotels.<br><br>[1] |

| | |
|---|---|
| | <br>[1] |
| performing server-side operations to support interaction with a web browser client by generating and serving web page content to a client computer hosting the web browser client, | The Radisson Hotels web server performs server-side operations to support interaction with a web browser client. The Radisson Hotels web server generates and serves web page content to a client computer hosting the web browser client.<br><br>For example, Radisson Hotels operates the web-based hotel booking service via a web site at an Internet URL location. A server at the URL location provides a web page to a web browser client that connects to the server at the URL. |

| | |
|---|---|
| | <br>[1] |
| wherein the web page content is configured to be processed by the web browser client to enable a user of the client computer to browse one or more web pages rendered by the web browser client in response to receiving the web page content, and the web page content includes code to | The web page content is configured to be processed by the web browser client to enable a user of the client computer to browse one or more web pages that have been rendered by the web browser client. The web page content includes code to support user interaction with the one or more web pages via user inputs by the user of the client computer.<br><br>For example, Radisson Hotels' hotel-booking web site includes an interactive web page for selecting a hotel. A user selects a hotel by providing input to the web page. Radisson Hotels' hotel-booking web site includes multiple pages that can be browsed by the user. For example, the web site has respective pages to search for hotels, browse deals, and discover all of Radisson's hotel locations. |

| support user interaction with the one or more web pages via user inputs by the user of the client computer, | <br><br>[1] |
|---|---|



radissonhotels.com/en-us/hotel-deals
RADISSON HOTELS
RESERVATIONS: 1 866 434 2824 (CA)
MY BOOKINGS
FAQ
DEALS
DESTINATIONS
BRANDS
RADISSON MEETINGS
Become a member in just one click.
SIGN IN
JOIN
Stay More, Save More
Get up to 25% off and earn double Radisson Rewards points.
Book now
Stay More, Save More
GET UP TO 25% OFF AND EARN DOUBLE RADISSON REWARDS POINTS.
Hybrid Rooms
Last Minute Deals
Find the perfect hotel deals and packages to save on your stay
Use our search tool to locate special hotel offers based on your interests and travel itinerary. Start planning your trip today!

[2]

| | [3] |
|---|---|
| wherein the web page content is further configured, upon processing by the web browser client, to: present a first web page view including, a first control panel area presenting a list of hotels and including a graphical user interface to enable a user to select hotels within the | The web page content is further configured to present a first web page view that includes a first control panel area that presents a list of hotels. The first control panel area includes a graphical user interface to enable a user to select hotels within the list.<br><br>For example, Radisson Hotels' web page for selecting a hotel includes a list of hotels. The user can select a hotel from the list by providing input to the web page. |

<table>
<tr>
<td>list;</td>
<td>

[4]
</td>
</tr>
<tr>
<td>a map display area presenting a portion of an interactive map comprising a base map layer and at least one additional layer overlaid over the base map layer wherein each additional</td>
<td>The first web page view includes a map display area. The map display area presents a portion of an interactive map that includes a base map layer and at least one additional layer overlaid over the base map layer. Each additional layer contains at least one hotel location symbol located at an identified x, y, or z location relative to its containing layer or the base layer. Each hotel location symbol corresponds to a hotel in the list of hotels.<br><br>For example, Radisson Hotels' hotel-selecting web page includes a</td>
</tr>
</table>

<table>
<tr>
<td>layer contains at least one hotel location symbol located at an identified x, y, or z location relative to its containing layer or the base layer, and each hotel location symbol corresponding to a hotel in the list of hotels,</td>
<td>geographical map of an area in which one or more hotels in the list are located. The locations of the hotels are indicated by respective symbols on the map.<br><br>[4]</td>
</tr>
<tr>
<td>wherein the graphical interface enables a user to show or hide subsets of the hotel location symbols in a particular</td>
<td>The graphical interface enables a user to show or hide subsets of the hotel location symbols in a particular layer of the map display area.<br><br>For example, Radisson Hotels' hotel-selecting web page has a filter of various criteria by which the user can refine the selection of hotels that are</td>
</tr>
</table>

| | |
|---|---|
| layer of the map display area. | indicated on the map.<br>For example, the price per night can be used as a filter. By default it is set to the full range of prices of the hotels found by the search.<br><br>[4]<br>For example, with the price range set to the full range according to the search results there is no filtering of the hotels found by the search. In this example, eight hotels were found by the search and displayed on the map (Note the Country Inn & Suites by Radisson in Newark) |

| | <br>[4]<br>For example, the price range can be reduced to filter out some hotels found by the search and displayed on the map. In this example, the price range was set to $77.22 to $83.87 per night. |
|---|---|



[4]
For example, when the price range is set to $77.22 to $83.87 per night, only four hotels meet that criteria and are shown on the map. The other hotels are not shown on the map (Note the Country Inn & Suites by Radisson in Newark is no longer displayed on the map).



| | |
|---|---|
| |  [4] |

| Claim 9 | Evidence |
|---|---|
| 9. The method of claim 5, wherein the web page content is further configured to:<br>enable the user to select a hotel location symbol in the map display area corresponding to a hotel, wherein in | In response to selecting a hotel location symbol in the map display area, Radisson Hotels' hotel-selecting web page displays information about the hotel that corresponds to the selected symbol.<br><br>For example, when a hotel symbol displayed on the map is selected, information about that hotel is displayed. For example, the name of the hotel and price per night is displayed when the hotel location symbol for the Country Inn & Suites by Radisson in Newark is selected. |

| | |
|---|---|
| response thereto information about the hotel is displayed. | <br>[4] |

| Claim 10 | Evidence |
|---|---|
| 10. The method of claim 9, wherein the information about the hotel is displayed in a popup. | When the hotel location symbol is selected information about the hotel that corresponds to the symbol is displayed in a popup.<br><br>For example, when a hotel location symbol is selected a popup is displayed adjacent to the symbol. The popup contains information about the hotel that corresponds to the selected symbol. For example, when the hotel location symbol for the Country Inn & Suites by Radisson in Newark is selected, the |

| | |
|---|---|
| | name of the hotel and price per night is displayed in a popup beside the hotel location symbol.  [4] |

| Claim 12 | Evidence |
|---|---|
| 12. The method of claim 9, wherein a hotel | Clicking on the hotel location symbol causes the symbol to be selected. |

| | |
|---|---|
| location symbol is enabled to be selected by clicking on the hotel location symbol using a pointing device. | For example, a hotel location symbol can be selected by clicking on the symbol. For example, when the hotel location symbol for the Country Inn & Suites by Radisson in Newark is clicked on, that hotel location symbol is selected and information about that hotel is displayed.   [4]<br>When the hotel location symbol for the Radisson Hotel JFK Airport is clicked on, that hotel location symbol is selected and information about that hotel is displayed and the information about the Country Inn & Suites by Radisson hotel in Newark is no longer displayed. |



[4]

**References:**

[1] Radisson Hotels
https://www.radissonhotels.com/en-us/

[2] Radisson Hotels – Deals
https://www.radissonhotels.com/en-us/hotel-deals

[3] Radisson Hotels – Destination
https://www.radissonhotels.com/en-us/destination

[4] Radisson Hotels – NYC Search
https://www.radissonhotels.com/en-us/booking/search-results?checkInDate=2021-03-05&checkOutDate=2021-03-06&adults%5B%5D=1&children%5B%5D=0&searchType=lowest&promotionCode=&brandFirst=rhg&placeId=ChIJOwg_06VPwokRYv534QaPC8g